JAMIE LEE BLEDSOE
NO: 06-14-00138-CR
12-0374X IN THE TEXAS COURT OF
CRIMINAL APPEALS
VS
THE STATE OF TEXAS
AUSTIN TX.

PD-1583-15

Motion Requesting Extension
of Time To File Discretionary
Petition for Review

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 03 2015
Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF SAID COURT:
NOW COMES JAMIE LEE BLEDSOE, Proceeding
PRO-SE AND file this first Petition for Extension
of Time to file Discretionary Petition for
Review.

FILED IN
COURT OF CRIMINAL APPEALS
DEC 04 2015
Abel Acosta, Clerk

Petitioner will Show this Court the following

A.

On November 3, 2015 the Court of Appeals
Sixth Appellate District render there Judgments
and Opinion on the above and Numberious Cause.

B.

The Court reverse the Portion of the Judgment assessing
Punishment and remand to the trial Court for a
New Punishment hearing: and modify the Judgment
to reflect the Correct degree of the offense as a
State Jail felony

C.

Petitioner Court appointed attorney has made
it aware to Petitioner that the State intends
to try to re-enhance Petitioner Punishment for
the Second time with this Process going beyound
the time Prescribed for the filing of the P.D.R.

I.

D.

Said P.D.R. is Due on or about the 3th Day of December 3th 2015

For this reason as alleged above Petitioner respectfully ask this court for a 601 day extension to file said PDR.

## PRAYER.

Petitioner respectfully Pray this Court Grant said motion for extension of time to file his Prose Discretionary Petition for review.

Respectfully Submitted
Jamie Lee Bledsoe

## Certificate of Service

I hereby Certify that a true and correct copy of the foregoing Brief-Motion was sent to the clerk of the Texas Court of Criminal Appeal. Abel Acosta, on November 28th 2015 by Placing said document in a Postage Paid envelope and handing it to the mail room at Said Jail Annex.

Jamie Lee Bledsoe